**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Victor Arturo BERMUDEZ–
RODRIGUEZ, Defendant–
Appellant.**

No. 05–50380.

United States Court of Appeals,
Fifth Circuit.

Decided July 22, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M Carolyn Fuentes, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Attorney M. Carolyn Fuentes, representing appellant Victor Arturo Bermu-

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

dez–Rodriguez, has informed the Court by suggestion of death, supported by a copy of a State of Texas certificate of death, that the appellant Victor Arturo Bermudez–Rodriguez, died in Beaumont, Texas, on May 14, 2005. Based on this information,

IT IS ORDERED that the appeal is dismissed as moot, and the case is remanded with directions to the district court to vacate the judgment of conviction and dismiss the indictment. *USA v. Cammarata,* 721 F.2d 134 (5th Cir.1983); *USA v. Pauline,* 625 F.2d 684, 685 (5th Cir.1980).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.